1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| FERNANDO TRUJILLO, | Case No. CV 14-958 VAP (MRW) |
|---|---|
| Petitioner, | |
| v. | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| W.L. MONTGOMERY, Warden, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the Magistrate Judge's Supplemental Statement of Decision.  Further, the Court engaged in a de novo review of those portions of the Report to which Petitioner objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

1    IT IS ORDERED that Judgment be entered denying the petition and
2 dismissing this action with prejudice.

DATE: May 20, 2015

_____
HON. VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE